**McCALLION & ASSOCIATES LLP**
100 Park Avenue, 16th Floor
New York, New York 10017
Phone: 1-646-366-0884 Fax: 1-646-366-1384

Kenneth F. McCallion
kfm@mccallionlaw.com

**VIA ECF**
October 29, 2026

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Tamburri, et al. v. v. Generac Power Systems Inc.*, Case No. 7:25-cv-03752-KMK**

Dear Judge Karas:

This firm represents Plaintiff Robert Tamburri in the above-referenced action. On behalf of both parties, I write to respectfully request a 14-day extension of Plaintiff's deadline to respond to the Court's Opinion & Order of September 29, 2026 (Dkt. No. 29), which permitted Plaintiff to file a Second Amended Complaint within 30 days. Plaintiff's current deadline is today, October 29, 2026. If granted, the new deadline would be November 12, 2026.

The parties have been engaging in productive settlement discussions and would like additional time to determine whether the matter can be resolved without further motion practice. This is the first request for an extension of this deadline. Defendant, through its counsel, Wesley B. Gilchrist, Esq., consents to this request.

We thank the Court for its consideration.

Granted.

So Ordered.

10/29/26

Respectfully Submitted

*/s/ Kenneth F. McCallion*
Kenneth F. McCallion